DOUGLASS BOARDMAN AND ANOTHER, EXECUTORS, ETC., APPELLANTS, *v.* EDWARD EVANS AND ANOTHER, RESPONDENTS.

Motion for reargument and for leave to go to the Court of Appeals, denied with ten dollars costs.

---

ORVILLE ROBERTS, APPELLANT, *v.* SARAH L. CONKLIN, AS EXECUTRIX, ETC., RESPONDENT.

Order appealed from affirmed with ten dollars costs and disbursements.

---

SOPHIE DARLING, RESPONDENT, *v.* ROBERT R. COLE AND OTHERS, RESPONDENTS, AND EMMA J. DARLING, APPELLANT.

Order appealed from reversed with ten dollars costs and disbursements to the respondents; *Held,* that a defendant is not entitled to an injunction order against a co-defendant. (Code, §§ 602, 603, 604.)

---

CHARLES ALLISON, APPELLANT, *v.* WALTER C. ROBINSON AND ANOTHER, RESPONDENTS.

Order repealed from reversed with ten dollars costs and disbursements, and motion denied with ten dollars costs to abide event.

---

JOHN GREENWAY, RESPONDENT, *v.* JOHN I. MELDRAM, AS SHERIFF, ETC., APPELLANT.

Judgment affirmed.

---

WILLIAM C. BAINE, RESPONDENT, *v.* CITY OF ROCHESTER, APPELLANT.

Order appealed from affirmed with ten dollars costs and disbursements.